PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMUNEH BOHLOULI, ET AL., | CASE NO. 2:24-CV-1436 KJM-AC |
| Plaintiff, | STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |
| v. | |
| ANTONY J. BLINKEN, ET AL., | |
| Defendants. | |

    Defendants respectfully requests a first extension of time in which to respond to the Complaint, and counsel for Plaintiffs do not oppose.  This case concerns the adjudications of two visa applications for Plaintiff Nemuneh Bohlouli's sister, Plaintiff Farzaneh Bohlouli Zanjani,  and brother-in-law, Plaintiff Mansour Fatehpour Nashteban. On September 30, 2022, Plaintiffs were interviewed by the Consular Section of the U.S. Embassy of Ankara, and this lawsuit asks Department of State Defendants to complete the adjudication of Plaintiffs' applications.  The parties anticipate this litigation will likely be mooted once the State Department completes its adjudication the applications.

1   The parties therefore stipulate that the new date for Defendants to file an answer or other
2  dispositive pleading is August 22, 2024.  The parties further request that all other filing deadlines be
3  similarly extended.
4  Respectfully submitted,

6  Dated:  July 23, 2024

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney


/s/ CURTIS MORRISON
CURTIS MORRISON
Counsel for Plaintiff

ORDER

Pursuant to the parties' stipulation, the new deadline for defendants to file an answer or other dispositive pleading is August 22, 2024.  It is so ordered.

DATED:  July 25, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE